IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-01765-REB-BNB

YAO-HUNG HUANG, and
BIG TIME AUTO PARTS MANUFACTURING, INC., a Taiwan corporation,

Plaintiffs,

v.

MARKLYN GROUP, INC., d/b/a ALPENA, a Canadian corporation,

Defendant.

_____

**ORDER**
_____

This matter arises on **Defendant Marklyn Group, Inc.'s Motion to Compel Responses to Written Discovery** [Doc. # 30, filed 4/10/2012] (the "Motion to Compel"). I held a hearing on the Motion to Compel this afternoon and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1) The Motion to Compel [Doc. # 30] is GRANTED IN PART and DENIED IN PART as follows:

    (a) GRANTED with respect to Requests for Production 1, 2, 4, 6, 8, 10, and 17;[1]

    (b) GRANTED with respect to Interrogatory 5;

---

[1] Although the defendant moved to compel on Requests for Production 3 and 9, counsel did not address those requests at the hearing, and I made no ruling with respect to them. Requests for Production 3 and 9 are denied without prejudice and may be raised again, if necessary. I expect, however, that the parties can resolve their disagreement with respect to those two requests without my further involvement based on my rulings on the other disputed requests.

        (c)  DENIED with respect to Interrogatories 2, 3, 6, and 7;

        (d)  GRANTED with respect to Requests for Admission 1, 2, 25, 26, and 29;

        (e)  DENIED with respect to Requests for Admission 3, 16, 17, 19, 20, 21, 22, 23, 24, 29, 38, 39, and 40.

(2)    On or before **May 29, 2012**, the plaintiffs shall serve supplemental discovery responses consistent with this order and in full compliance with the Federal Rules of Civil Procedure, produce all responsive documents, and serve a privilege log.

Dated April 27, 2012.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge