IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action:   11-cv-1765-REB-BNB | Date:  October 9, 2013 |
| Courtroom Deputy:   Julie Dynes | FTR: BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
|---|---|
| YAO-HUNG HUANG<br>BIG TIME AUTO PARTS<br>MANUFACTURING, INC<br>    **Plaintiff(s)** | *Alexander C. Clayden* |
| v. | |
| MARKLYN GROUP, INC<br>    **Defendant(s)** | *James A. Jablonski* |

## COURTROOM MINUTES

**MOTIONS HEARING**

Court in Session:  8:59 a.m.

Appearance of counsel.

Argument presented on [54] Motion to Set Discovery Deadlines and Final Pretrial Conference.

**ORDERED:  [54] Motion to Set Discovery Deadlines and Final Pretrial Conference is
        GRANTED.**

Discovery cut-off:  January 31, 2014.

Affirmative expert deadline:  January 31, 2014.

Rebuttal expert deadline:  March 17, 2014.

Expert discovery to be completed by:  April 11, 2014.

Parties are limited to three (3) specially retained experts.

Each side is allowed:
10 depositions not including experts.
25 interrogatories.
25 requests for production of documents.
25 requests for admissions.

Final Pretrial Conference is set for May 5, 2014 at 8:30 a.m., proposed pretrial order to be submitted by April 28, 2014.

Court in Recess:  9:32 a.m.    Hearing concluded.    Total time in Court:  00:33