IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-01765-REB-BNB

YAO-HUNG HUANG, and
BIG TIME AUTO PARTS MANUFACTURING, INC., a Taiwan corporation,

Plaintiffs,

v.

MARKLYN GROUP, INC., d/b/a ALPENA, a Canadian corporation,

Defendant.

_____

## ORDER
_____

This matter arises on the plaintiffs' **Motion to Set Discovery Deadlines and Final Pretrial Conference** [Doc. # 54, filed 9/18/2013] (the "Motion"). I held a hearing on the Motion this morning and made rulings on the record, which are incorporated here.

IT IS ORDERED that the Motion [Doc. # 54] is GRANTED and the following deadlines and limitations are established:

| | |
|---|---|
| Fact Discovery Cut-Off: | January 31, 2014 |
| Expert Discovery Cut-Off: | April 11, 2014 |
| Discovery is limited as follows: | 10 depositions per side |
| | 25 interrogatories per side; 25 requests for production of documents per side; and 25 requests for admissions per side, all including discrete subparts |

Expert Disclosures:  Each side may designate no more than three specially retained expert witnesses.

    (a)    The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before January 31, 2014; and

    (b)    The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before March 17, 2014.

Final Pretrial Conference:   A final pretrial conference will be held in this case on May 5, 2014, at 8:30 a.m., in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.  A Final Pretrial Order consistent with the requirements of the REB Civ. Practice Standards shall be prepared by the parties and submitted to the court no later than April 28, 2014.

Dated October 9, 2013.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge