**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-01765-REB-BNB

YAO-HUNG HUANG, and
BIG TIME AUTO PARTS MANUFACTURING, INC., a Taiwan corporation,

    Plaintiffs,

v.

MARKLYN GROUP INC., d/b/a ALPENA, a Canadian corporation,

    Defendant.

## ORDER DENYING MOTION FOR SUMMARY JUDGMENT

**Blackburn, J.**

    The matter before is defendant's **Motion for Summary Judgment** [#43],[1] filed March 5, 2013. I have jurisdiction over this matter pursuant to 28 U.S.C. §§ 1331 (federal question), 1332 (diversity of citizenship), and 1338 (patent claims). Having reviewed the motion and response and the apposite arguments, authorities, and evidence presented by the parties, it is apparent that there exist genuine issues of material fact that are not appropriate for summary resolution.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That defendant's **Motion for Summary Judgment** [#43], filed March 5, 2013, is **DENIED**; and

---

[1] "[#43]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

2.  That the court **SHALL CONDUCT** a telephonic setting conference on **Wednesday, March 19, 2014**, at **10:30 a.m.**, to set this matter for a combined Final Pretrial Conference and Trial Preparation Conference and jury trial; provided that counsel for plaintiffs **SHALL ARRANGE, SCHEDULE,** and **COORDINATE** the conference call to the court's Judicial Assistant, Ms. Susan Schmitz, at **(303) 335-2350**.

Dated February 20, 2014, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge