**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-01765-REB-BNB

YAO-HUNG HUANG, and
BIG TIME AUTO PARTS MANUFACTURING, INC., a Taiwan corporation,

    Plaintiffs,

v.

MARKLYN GROUP INC., d/b/a ALPENA, a Canadian corporation,

    Defendant.

---

### MINUTE ORDER[1]

---

    The matter is before the court on **Defendant Marklyn Group, Inc.'s Unopposed Motion to Withdraw Document** [#95][2] filed July 10, 2014.  The motion is **GRANTED** and **Defendant Marklyn Group, Inc.'s Motion To Allow JOM Led Stripe (Thing) as an Exhibit** [#92] filed July 9, 2014, is **WITHDRAWN**.

    Dated:  July 10, 2014

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#95]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.