**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-01765-REB-BNB

YAO-HUNG HUANG, and
BIG TIME AUTO PARTS MANUFACTURING, INC., a Taiwan corporation,

    Plaintiffs,

v.

MARKLYN GROUP, INC., d/b/a ALPENA, a Canadian corporation,

    Defendant.

---

**PLAINTIFFS' PROPOSED VOIR DIRE**

---

Plaintiffs Yao-Hung Huang and Big Time Auto Parts Manufacturing, Inc. ("Plaintiffs"), through counsel, respectfully submit the following Proposed Voir Dire:

**I.   General background questions**

    1.   What experience do you have with product design, improvement, innovation or development? (I would follow up on a variety of different product designs such as: software design, jewelry, carpentry, engineering, architecture, etc.)

    2.   What experience do you have with marketing products, development of advertising campaigns, product packaging, and/or trademarks?

    3.   What experience do you have with the development of original works such as sketches, drawings, paintings, sculptures, written product (books, articles, essays, poems, etc)?

    4.   What experiences do you have with others claiming that they developed

something that you originally developed?  What steps did you take after learning about the claim?

5. What are your views regarding the importance of patents to businesses? To the Economy?  To the inventor?

6. Anyone feel that we should not have patents in this country? If so, explain.

7. What is your view of the United States Patent & Trademark Office?

   a. What experience do you have with the Patent and Trademark Office?

   b. What is a patent prosecutor?  Do you know one?  Do you know what level of education they have to have to become a patent prosecutor?

   c. Have you filed an application for a copyright, a trademark or a patent?  Explain what you have sought, how long it took and the result of that application.

   d. Do you know someone that has filed for and received a patent from the USPTO? Explain what was sought, how long it took and the result of that application.

   e. What is your impression of the patenting process?

   f. What is your impression of the patent that is ultimately issued by the USPTO?

   g. What rights are conferred to the Patent owner?

   h. What is the process for enforcing those rights?

    i.  How do you feel about people that defend against an allegation of infringement by stating that the idea itself was not valid?

8. Have you read any of the recent press clippings regarding USPTO satellite office opened in Denver?

9. Do you know anyone that works for the Patent Office?

10. What knowledge do you have regarding patents?

  a.  What is the difference between utility patents and design patents?

  b.  What is the difference between design patents and trademarks?

  c.  Feelings regarding the statutory monopoly that is conferred to the patent owner?

  d.  Functionality as a defense to patent infringement.

  e.  Standards for proving that a patent is useful, novel and non-obvious.

  f.  Different standards applicable to utility patent and design patent invalidity.

## II. Attitudes regarding patent infringement lawsuits

11. Do any of the jurors have feelings regarding the use of lawsuits to enforce intellectual property?

  a.  Have you ever brought a claim against someone for taking your idea?

  b.  Have you or your employer ever been sued for patent infringement? Trademark infringement? Copyright infringement?

      Trade secret misappropriation?

  c. Have you read any press regarding patent reform in Congress? What opinions do you have on the need for patent reform?

  d. Have you read press regarding patent trolls? What is a patent troll? What is your opinion regarding trolls?

  e. Do you have an opinion regarding a company trying to get market share by enforcing its patent rights?

12. Have you read press regarding companies asserting their rights against other companies? Examples – Apple v. Samsung, AT&T v. Sprint, etc.

13. What is your understanding of the rights conferred through a patent?

  a. Utility patent vs. design patent?

  b. Is there anyone that would not file a suit against someone for infringing on a patent that was issued to you by the USPTO?

14. Does anyone have views regarding what should be the measure of damages for patent infringement?

  a. The court will provide you instructions and the parties will provide you evidence on the proper measure of damages.

  b. What opinions do you have regarding the notion of awarding the patent owner profits enjoyed by the infringer?

  c. If someone is asked to stop using a particular idea, and they continue to use it, would that fact impact how you calculate damages for that use?

15. The Court will instruct you that patent infringement is a strict liability offense, meaning you can be found liable even if you did not know about the patent ahead of time.

    a. Do any jurors feel that that strict liability is unfair to the alleged infringer?

    b. Do any jurors feel that they would factor "knowledge of the patent" into determining a proper measure of damages?

**III.**    **Biases regarding foreign witnesses, parties and companies**

16. The parties in this case are from Canada and Taiwan. Does anyone have a problem with my client asserting his United States Patent against a Canadian company?

17. How do you feel about a Taiwanese company coming into a Denver Courthouse to assert its rights under a US Patent?

    a. What are your impressions regarding the IP protections that are available overseas in China?

    b. Anyone believe that China and Taiwan have the same views on IP?

    c. Would anyone hold my client to a higher standard, consciously or subconsciously, because he is from Asia, where patents are not given the same level of respect as we provide them in the United States?

18. How do you feel about a Canadian company being sued in Denver Courthouse for infringing a US Patent?

      a.    Are there any reasons you can think of that you would be more likely to believe a Canadian company over a Taiwanese company in the resolution of a dispute?

19.    My client does not speak English whereas the defendants do.

      a.    Will the use of a translator impact your ability to listen to and judge Rick Huang's testimony on the merits?

      b.    Will you hold Mr. Huang to a higher standard of evidence because he is not able to speak English?

      c.    Will you give deference to English speaking witnesses?

## IV. Burdens of proof: Preponderance and Clear and Convincing evidence standards.

20.    His Honor will instruct you on the burdens of evidentiary proof applicable to the claims and defenses in this case. As a general matter, however, the plaintiff has a burden to prove infringement by a preponderance of the evidence and the defendant has the burden to establish patent invalidity by clear and convincing evidence.

      a.    A patent is presumed valid after it is issued by the USPTO. Do any jurors have a problem providing the USPTO deference on what is and is not patentable?

      b.    Does anyone have an issue with holding Marklyn to a higher standard of proof in rendering the patent invalid than is necessary to prove that Marklyn infringes the same patent?

      c.    Is there any reason you might hold Big Time or Rick Huang to a

higher standard of evidentiary proof than you would hold Marklyn?

21. In resolving disputes between family members, co-workers or friends, what types of evidence do you like to rely upon?

**V.    Knowledge of the Automotive Aftermarket Industry**

22. Do any of you work on your vehicle, either for purposes of maintenance or for purposes of improving upon what manufacturers in Detroit, Japan, Germany, or Korea built?  These may include modifications to the interior, the sound system, the electrical, the suspension, or the lighting.

23. Do any of you watch television shows, internet videos or other multimedia that feature how to "pimp your ride?"

    a. What shows do you watch?

    b. How long have you been watching these shows?

    c. Why do you watch them (instructional, entertainment value, etc)?

    d. Have you ever been on one of those shows, or auditioned to be on those shows?

24. Do you subscribe to automotive trade magazines, either print or electronic?  Do you follow any such magazines, or automotive celebrities, on social media?

25. Does anyone work, or have family that works, in the automotive aftermarket industry?

    a. Examples – AutoZone, Advanced Auto, Pep Boys, Checker, O'Reilly, Walmart, dealerships, installers, automotive body shops,

                           automotive detailing shops?

           b.     Does anyone work for a manufacturer or distributor of automotive parts? If so, do you work with lighting products? If not, what types of products?

           c.     Does anyone know the following companies: Big Time, Marklyn, Alpena, Custom Accessories, Oznium, Pilot Automotive, 3A, JOM, SuperBrightLEDs.

26.    Does anyone have experience with decorative and functional automotive lighting?

           a.     Have you purchased automotive lighting products through any of the above retailers?

           b.     What brands have you purchased?

           c.     What types of features do you look at when picking out a new lighting product for your vehicle?

           d.     How long do you spend inspecting the actual appearance and construction of the product?

           e      How often do you go from store to store to find the right lighting fixture for your car (or do you purchase the available option on the shelf at the auto store that you chose to enter)?

27.    What experience do you have with LEDs in general, or in cars, specifically?

           a.     Describe the experience including the product, the dates, the

        usage, etc. Examples: Interior lighting for design, architecture, accent, holiday lighting.

    b.    Have you purchased automotive lighting products through any of the above retailers?

    c.    Have you purchased LED bulbs to replace the bulbs that came with your car?

    d.    Have you purchased lighting products for the purposes of dressing up your car?

    e.    What brands have you purchased?

    f.    What types of features do you look at when picking out a new lighting product for your vehicle?

    g.    How long do you spend inspecting the actual appearance and construction of the product?

    h.    How often do you go from store to store to find the right lighting fixture for your car (or do you purchase the available option on the shelf at the auto store that you chose to enter)?

28.    Have you done any specialized research, investigation, work or other activities that give you an understanding of how LEDs work, the types of LEDs available, or their relative benefits as compared to standard filament based bulbs/arrangements.

    a.    Have you deconstructed a string of LED lights?

    b.    Have you done any comparative analysis between different types of

        lighting.

    c.    Do you have any special knowledge regarding the manner in which LED lighting arrangements have evolved over time?

    d.    Describe any knowledge that you have regarding the functional benefits of LEDs vs. standard filament based bulbs.

29.    Anyone attend SEMA auto show or other automotive trade shows? If so, describe the show and any information you collected regarding lighting.

30.    Please describe any experiences you have had with the purchase or use of LEDs and lighting accessories, specifically as it relates to automotive. I would like to find out who has purchased, installed and used LED lighting in any context, as well as specifically as it relates to automotive use.

31.    Anyone have a car that features the LEDs in the headlamps? Anyone have any experience with Audi's A8 offered in 2007? Please share your impressions of the impact this change had on the marketplace? Did you find this configuration attractive? Did you make any attempt to replicate the effect with your car?

## VI.    Follow up questions

32.    The Court is expected to obtain basic biographical information from the proposed jurors. The Court has also indicated that it will conduct an exhaustive voir dire based upon the issues presented by the parties in this matter. The undersigned will not explore areas that are addressed by the Court during its voir dire. However, the undersigned will likely ask follow up questions of the proposed jurors based upon the information that is shared during the Court's voir dire. It is difficult to predict this line of

questions at this time, although it should largely track the topics set forth above, or reasonable follow up on information shared by the jurors.

Dated this 28th day of July, 2014.   Respectfully submitted,

LATHROP & GAGE LLP

*s/ Aaron P. Bradford*
Aaron P. Bradford
Alexander C. Clayden
950 17th Street, Suite 2400
Denver, CO 80202
Phone: 720.931.3200
Fax:    720.931.3201
Email:  abradford@lathropgage.com
        aclayden@lathropgage.com

***Attorneys for Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that on July 28th, 2014, I electronically filed the foregoing **PLAINTIFFS' PROPOSED VOIR DIRE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

James A. Jablonski, Esq.
1801 Broadway Suite 1100
Denver, CO 80202
jim@jablonski.law
*Counsel for Defendant Marklyn Group, Inc.*

*s/ Lorraine L. Labash*
Lorraine L. Labash
Legal Administrative Assistant