**IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-01765-REB

YAO-HUNG HUANG, and

BIG TIME AUTO PARTS MANUFACTURING, INC.,

A Taiwan Corporation,

      Plaintiff,

v.

MARKLYN GROUP, INC., d/b/a ALPENA, a Canadian corporation,

      Defendant.

---

**DEFENDANT MARKLYN GROUP, INC.'S PROPOSED VOIR DIRE**

---

Defendant Marklyn Group Inc. hereby submits its Proposed Voir Dire as follows:

1. The habits of the person with respect to car care, level of interest in maintenance, appearance of vehicle and the like.

2. The shopping habits of the person, including whether they themselves shop, leave it to others in the family, level of interest in consumer goods, clothes, types of purchases.

3. Whether they have purchased or used LED products.

4. Whether they have a patent, trademark, trade secret, or business identification of any kind.

5. Whether they think that some other person or company has made use of any idea that he or she has originally developed.

6. Their opinions about the U. S. Patent system.

7. Whether they or their employer has been involved in any patent, trademark or trade secret dispute.

Defendant has reviewed Plaintiffs Proposed Voir Dire and is opposed to any inquiries regarding issues in the case, whether factual or legal.

Dated July 28, 2014

        s/ James A. Jablonski
        Law Office of James A Jablonski
        James A. Jablonski
        Denver, Colorado 80210
        Telephone: 303-292-0110
        Attorney for Defendant Marklyn Group, Inc., d/b/a/ ALPENA, a Canadian corporation

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of July, 2014, I served on Plaintiffs via ECF , a true and correct copy of the foregoing Proposed Voir Dire addressed to the following:

Aaron P. Bradford

Alexander C. Clayden

Lathrop & Gage, LLP
Republic Plaza
950 17th Str. Ste 2400
Denver CO 80202

                                                s/   James A. Jablonski

                                                James A. Jablonski