**IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-01765-REB

YAO-HUNG HUANG, and

BIG TIME AUTO PARTS MANUFACTURING, INC.,

A Taiwan Corporation,

    Plaintiff,

v.

MARKLYN GROUP, INC., d/b/a ALPENA, a Canadian corporation,

    Defendant.

---

**DEFENDANT MARKLYN GROUP, INC.'S GLOSSARY OF TERMS**

---

Defendant Marklyn Group Inc. hereby submits its Glossary of Terms as follows:

| | |
|---|---|
| LED | Light Emitting Diode |
| Edge Mounted | LED's mounted at or near the edge of the strip |
| Center Mounted | LED's mounted in the center of the strip |
| Gebrauchsmusterschrift | A kind of German Patent |
| Germen Utility Model | A kind of German Patent |
| DRL | Daytime Running Light |

Dated July 28, 2014

        s/ James A. Jablonski

        Law Office of James A Jablonski

        James A. Jablonski

        Denver, Colorado 80210

        Telephone: 303-292-0110

        Attorney for Defendant Marklyn Group, Inc., d/b/a/ ALPENA, a Canadian corporation

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of July, 2014, I served on Plaintiffs via ECF , a true and correct copy of the foregoing Proposed Voir Dire addressed to the following:

Aaron P. Bradford

Alexander C. Clayden

Lathrop & Gage, LLP

Republic Plaza

950 17th Str. Ste 2400

Denver CO 80202

        s/   James A. Jablonski

        James A. Jablonski