**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-01765-REB-BNB

YAO-HUNG HUANG, and
BIG TIME AUTO PARTS MANUFACTURING, INC., a Taiwan corporation,

    Plaintiffs,

v.

MARKLYN GROUP INC., d/b/a ALPENA, a Canadian corporation,

    Defendant.

---

**MINUTE ORDER**[1]

---

    The matter is before the court on **Defendant Marklyn Group, Inc.'s Motion For Taxationn** [*sic*] **Costs For Translation and Rule 7.1 Compliance** [#124][2] filed September 1, 2014. The motion is **DENIED** as moot. The clerk will address the request for translation costs as part of the determination made in the clerk's Taxation of Costs proceeding.

    Dated: September 2, 2014

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#124]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.